**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joseph Indellicati** | Social Security number or ITIN **xxx–xx–9990** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of New York
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

Case number:   **1–17–42633–nhl**                                    Chapter:   **7**

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Nancy Hershey Lord
United States Bankruptcy Judge

Dated: September 28, 2017

**BLfnld7** [Final Decree 7 rev 12/01/15]